## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raquel Felix De Amadis                    CHAPTER 13

          Debtor(s)

                                          BKY. NO. 25-11554 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
28 Apr 2025, 16:18:43, EDT

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322