UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re.  Raquel Felix De Amadis, | : | No. 25-11554-pmm |
| | : | |
| Debtor. | : | Chapter 13 |

ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this 7th day of May, 2025, it is hereby ORDERED that Debtor shall have until May 16 2025 to file the balance of the Petition and Plan in the above-captioned matter.

BY THE COURT:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge