UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Raquel Felix-De Amadis | Bankruptcy No.25-11554-PMM

Debtor |

<u>CERTIFICATE OF SERVICE</u>

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of August, 2025, by first class mail upon those listed below:

Raquel Felix-De Amadis
1232 Locust Street
Reading, PA  19604

**<u>Electronically via CM/ECF System Only:</u>**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 100
WYOMISSING, PA  19610

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee