Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-11554-PMM**

Raquel Felix-De Amadis
1232 Locust Street
Reading  PA    19604

Petition Filed Date: 04/22/2025
341 Hearing Date: 06/24/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/03/2025 | $150.00 | | | | | | | |

**Total Receipts for the Period:  $150.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $651.05 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $1,351.63 | $0.00 | $0.00 |
| 4 | BMG MONEY »» 004 | Unsecured Creditors | $1,761.62 | $0.00 | $0.00 |
| 5 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »» 005 | Unsecured Creditors | $3,491.15 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $3,415.41 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES LLC »» 007 | Unsecured Creditors | $3,806.70 | $0.00 | $0.00 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $2,366.89 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $11,023.17 | $0.00 | $0.00 |
| 10 | AMERIHOME MORTGAGE COMPANY, LLC »» 010 | Mortgage Arrears | $354.80 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11554-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $33.00 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $567.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.