UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RAQUEL FELIX DE AMADIS | CASE NO: 4:25-bk-11554<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 34 |

On 1/7/2026, I did cause a copy of the following documents, described below,

De Amadis,  Second Amended Chapter 13 Plan ECF Docket Reference No. 34

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2026

/s/ David W. Tidd, Esq.
David W. Tidd, Esq.  88203
Attorney at Law
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA 19610
610-838-8700
bankruptcy@davidtiddlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

RAQUEL FELIX DE AMADIS

CASE NO: 4:25-bk-11554

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 34

On 1/7/2026, a copy of the following documents, described below,

De Amadis,  Second Amended Chapter 13 Plan ECF Docket Reference No. 34

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David W. Tidd, Esq.
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA  19610

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 425-BK-11554<br>EASTERN DISTRICT OF PENNSYLVANIA<br>WED JAN 7 9-1-38 PST 2026 | ~~(U)AMERIHOME MORTGAGE COMPANY  LLC~~ | ~~READING~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~OFFICE OF THE CLERK  GATEWAY BUILDING~~<br>~~201 PENN STREET  1ST FLOOR~~<br>~~READING  PA 19601-4038~~ |
| AMERIHOME MORTGAGE COMPANY  LLC<br>CO KML LAW GROUP<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA  PA 19106-1541 | AMERIHOME MORTGAGE COMPANY  LLC<br>CO SERVICEMAC LLC<br>9726 OLD BAILES ROAD  SUITE 200<br>FORT MILL  SC 29707-7882 | AMERIHOME MORTGAGE COMPANY  LLC<br>CO DENISE CARLON<br>KML LAW GROUP  PC<br>701 MARKET STREET  SUITE 5000<br>PHILADELPHIA  PA 19106-1541 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | AMERICAN HONDA FINANCE<br>PO BOX 168128<br>IRVING  TX 75016-8128 |
| ~~EXCLUDE~~<br><br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ | AMERIHOME MORTGAGE<br>ATTN BANKRUPTCY<br>1 BAXTER WAY<br>STE 300<br>THOUSAND OAKS  CA 91362-3888 | AMERIHOME MORTGAGE<br>PO BOX 77404<br>EWING  NJ 08628-6404 |
| AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981535<br>EL PASO  TX 79998-1535 | AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | BMG LOANSATWORK INC<br>444 BRICKELL AVE SUITE 250<br>MIAMI  FL 33131-2404 |
| BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON  DE 19899-8801 | BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON  DE 19899-8803 | BMG MONEY<br>1221 BRICKELL AVE<br>MIAMI  FL 33131-3224 |
| BMG MONEY<br>ATTN BANKRUPTCY<br>444 BRICKELL AVE<br>STE 250<br>MIAMI  FL 33131-2404 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 |
| CAPITAL ONE  NA BY AIS INFOSOURCE LP AS AG<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE  NA  SUCCESSOR BY MERGER TO DI<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | CITIBANK NA<br>CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS  MO 63179-0040 | CITIBANKTHE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 |

```
DISCOVER FINANCIAL                      ELAN FIN SVCSFULTON                     FIRST COMMONWEALTH FCU
PO BOX 30939                            SAINT LOUIS  MO 63166                   6126 HAMILTON BLVD
SALT LAKE CITY  UT 84130-0939                                                   ALLENTOWN  PA 18106-9711



                                                                                EXCLUDE

FIRST COMMONWEALTH FCU                  (P)HY CITE ENTERPRISES   LLC            (D)(P)HY CITE ENTERPRISES   LLC
ATTN BANKRUPTCY                         3252 PLEASANT VIEW ROAD                 3252 PLEASANT VIEW ROAD
PO BOX 20450                            MIDDLETON WI 53562-4840                 MIDDLETON WI 53562-4840
LEHIGH VALLEY  PA 18002-0450



                                                                                EXCLUDE

(P)JEFFERSON CAPITAL SYSTEMS LLC        (P)PORTFOLIO RECOVERY ASSOCIATES LLC    (D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 7999                             PO BOX 41067                            PO BOX 41067
SAINT CLOUD MN 56302-7999               NORFOLK VA 23541-1067                   NORFOLK VA 23541-1067




RESURGENT RECEIVABLES  LLC              SYNCHRONY BANKHHGREGG                   SYNCHRONY BANKHHGREGG
RESURGENT CAPITAL SERVICES              ATTN BANKRUPTCY                         PO BOX 71757
PO BOX 10587                            PO BOX 965060                           PHILADELPHIA  PA 19176-1757
GREENVILLE  SC 29603-0587               ORLANDO  FL 32896-5060




SYNCHRONY BANKSAMS CLUB                 SYNCHRONY BANKSAMS CLUB                 (P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT
ATTN BANKRUPTCY                         PO BOX 71727                            ATTN OFFICE OF REGIONAL COUNSEL
PO BOX 965060                           PHILADELPHIA  PA 19176-1727             801 MARKET STREET 12TH FLOOR
ORLANDO  FL 32896-5060                                                          PHILADELPHIA PA 19107-3126



EXCLUDE                                 EXCLUDE                                 EXCLUDE

(D)(P)US DEPARTMENT OF HOUSING  URBAN   UNITED STATES TRUSTEE                   DAVID W TIDD
DEVELOPMENT                             OFFICE OF UNITED STATES TRUSTEE         DAVID W TIDD  ESQUIRE
ATTN OFFICE OF REGIONAL COUNSEL         ROBERT NC NIX FEDERAL BUILDING          200 SPRING RIDGE DRIVE
801 MARKET STREET 12TH FLOOR            900 MARKET STREET                       SUITE 100
PHILADELPHIA PA 19107-3126              SUITE 320                               WYOMISSING  PA 19610-3343
                                        PHILADELPHIA  PA 19107-4202


EXCLUDE                                 EXCLUDE

RAQUEL FELIX DE AMADIO                  (P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
1232 LOCUST STREET                      2901 ST LAWRENCE AVE
READING  PA 19604-2027                  SUITE 100
                                        READING PA 19606-2265
```