United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-11554-pmm

Raquel Felix De Amadis                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raquel Felix De Amadis, 1232 Locust Street, Reading, PA 19604-2027 |
| 15002603 | + | AmeriHome Mortgage Company, LLC., c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15000297 | | Elan Fin Svcs/Fulton, Saint Louis, MO 63166 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15000282 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 13 2026 00:10:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 15001182 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 13 2026 00:10:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15002366 | ^ | MEBN | Feb 13 2026 00:04:52 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15025454 | ^ | MEBN | Feb 13 2026 00:05:17 | AmeriHome Mortgage Company, LLC, c/o servicemac llc, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 15012846 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15000281 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 13 2026 00:10:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 15000284 | | Email/Text: bankruptcycourtnotices@amerihome.com | Feb 13 2026 00:10:00 | Amerihome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Ste 300, Thousand Oaks, CA 91362-3888 |
| 15000283 | ^ | MEBN | Feb 13 2026 00:04:37 | Amerihome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15000286 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:29 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15000285 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:16 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15016082 | + | Email/Text: bankruptcy@bmgmoney.com | Feb 13 2026 00:11:00 | BMG LoansAtWork Inc, 444 Brickell Ave Suite 250, Miami, FL 33131-2404 |
| 15000288 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2026 00:10:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15000287 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2026 00:10:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15000289 | | Email/Text: bankruptcy@bmgmoney.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3

Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 40

| | | | |
|---|---|---|---|
| | | Feb 13 2026 00:11:00 | Bmg Money, 1221 Brickell Ave, Miami, FL 33131-3224 |
| 15000290 | Email/Text: bankruptcy@bmgmoney.com | | |
| | | Feb 13 2026 00:11:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Ave, Ste 250, Miami, FL 33131-2404 |
| 15000292 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15000291 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15016616 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:15 | Capital One, N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15016351 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 13 2026 00:10:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15024182 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 13 2026 00:20:34 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15000294 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 13 2026 00:20:10 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15000293 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 13 2026 00:20:10 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15000295 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 13 2026 00:10:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15000296 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 13 2026 00:10:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15000298 | Email/Text: debtres@firstcomcu.org | | |
| | | Feb 13 2026 00:10:00 | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 15000299 | Email/Text: debtres@firstcomcu.org | | |
| | | Feb 13 2026 00:10:00 | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 15000300 | Email/Text: bankruptcynotices@hycite.com | | |
| | | Feb 13 2026 00:10:00 | Hy Cite Enterprises, LLC., 333 Holtzman Rd, Madison, WI 53713-2109 |
| 15000301 | Email/Text: bankruptcynotices@hycite.com | | |
| | | Feb 13 2026 00:10:00 | Hy Cite Enterprises, LLC., Attn: Bankruptcy, 3252 Pleasant View Rd, Middleton, WI 53562-4840 |
| 15021980 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 13 2026 00:10:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15024395 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 13 2026 00:20:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15022719 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 13 2026 00:20:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15000303 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:05 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15000302 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:29 | Synchrony Bank/Hhgregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 15000305 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:16 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15000304 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:06 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15000306 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Feb 13 2026 00:20:14 | U.S. Dept. of Housing and Urban Developm, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 15000744 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Feb 13 2026 00:20:14 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

District/off: 0313-4                          User: admin                                    Page 3 of 3

Date Rcvd: Feb 12, 2026                       Form ID: 155                                   Total Noticed: 40

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15070546 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | |
| | on behalf of Debtor Raquel Felix De Amadis bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            )
     Raquel Felix De Amadis        )          Case No. 25−11554−pmm
                           )
                           )
     Debtor(s).                  )          Chapter: 13
                           )
                           )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 12, 2026                          For The Court

                                               Patricia M. Mayer
                                               Judge, United States Bankruptcy Court