Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Raquel Felix-De Amadis
1232 Locust Street
Reading, PA 19604

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11554-PMM**

Petition Filed Date: 04/22/2025
341 Hearing Date: 06/24/2025
Confirmation Date: 02/12/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $300.00 | | 08/05/2025 | $150.00 | | 09/03/2025 | $150.00 | |
| 10/03/2025 | $150.00 | | 11/04/2025 | $150.00 | | 12/03/2025 | $150.00 | |
| 01/06/2026 | $150.00 | | 02/18/2026 | $150.00 | | 03/09/2026 | $150.00 | |
| 04/08/2026 | $150.00 | | 05/11/2026 | $150.00 | | 06/08/2026 | $150.00 | |
| 07/08/2026 | $150.00 | | | | | | | |

**Total Receipts for the Period: $2,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $651.05 | $0.00 | $651.05 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $4,038.00 | $2,231.70 | $1,806.30 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $1,351.63 | $0.00 | $1,351.63 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $1,761.62 | $0.00 | $1,761.62 |
| 5 | CAPITAL ONE NA SUCCESSOR TO DISCOVER<br>»» 005 | Unsecured Creditors | $3,491.15 | $0.00 | $3,491.15 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $3,415.41 | $0.00 | $3,415.41 |
| 7 | RESURGENT RECEIVABLES LLC<br>»» 007 | Unsecured Creditors | $3,806.70 | $0.00 | $3,806.70 |
| 8 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 008 | Unsecured Creditors | $2,366.89 | $0.00 | $2,366.89 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $11,023.47 | $0.00 | $11,023.47 |
| 10 | AMERIHOME MORTGAGE COMPANY, LLC<br>»» 010 | Mortgage Arrears | $354.80 | $0.00 | $354.80 |

**Chapter 13 Case No. 25-11554-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $161.12 |
| Paid to Claims: | $2,231.70 | Arrearages: | $77.84 |
| Paid to Trustee: | $168.30 | Total Plan Base: | $5,700.24 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.